_____

No. 95-2732NE
_____

Leroy Bear Robe;                          *
                                          *
          Plaintiff-Appellant,            *
                                          *
Merilyn R. Bear Robe,                     *
                                          *
          Plaintiff,                      *    Appeal from the United States
                                          *    District Court for the District
     v.                                   *    of Nebraska.
                                          *
Alliance City Schools;                    *    [UNPUBLISHED]
                                          *
          Defendant-Appellee,             *
                                          *
Mark Monroe,                              *
                                          *
          Defendant.                      *
                          _____

                    Submitted:  March 21, 1996

                      Filed:  March 26, 1996
                          _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                          _____

PER CURIAM.

     Leroy Bear Robe appeals the district court's grant of summary
judgment in favor of Alliance City Schools in Bear Robe's employment
discrimination action.  Having carefully reviewed the record and the
parties' briefs, we conclude the district court's judgment for Alliance
City Schools was correct, and an extended discussion is not warranted.
Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.